JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRUCE LAMONT KING, | ) | CASE NO. CV 15-2537-RSWL (PJW) |
|---|---|---|
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| DR. JEFFREY BEARD, SECRETARY, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    4/27/2015

*RONALD S.W. LEW*
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\CV 15-2537 Judgment (194).wpd